# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.                                      CRIMINAL NO. 1998-10185-NG-07

MICHAEL CURRY,
          Defendant.

## ORDER AFTER
## APPEARANCE ON PETITION
## TO REVOKE SUPERVISED RELEASE

COLLINGS, U.S.M.J.

The defendant appeared for an initial appearance on June 30, 2008;

Attorney Hrones was appointed to represent him.

The defendant was released on personal recognizance in the instant case

on June 30, 2008.[1]   As a consequence, he is not entitled to a preliminary

---

[1]
      The defendant is currently serving a rather extensive sentence imposed in the United States District
Court for the District of Maine; hence the question of release/detention was academic, and counsel agreed
that for the record, release in the instant case on personal recognizance was appropriate.  The U.S. Marshal
has agreed to keep the defendant in the District of Massachusetts until these revocation proceedings are
completed.

hearing.

The defendant is ORDERED to appear for a final revocation hearing before Judge Gertner on ***Wednesday, July 10, 2008 at 11:30 A.M.*** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office.  The Clerk shall note on the docket that the case is "no longer referred" to Judge Collings.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2008.